IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02575-RPM

BADGER METER, INC.,

        Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

        Defendant.

---

ORDER DENYING MOTION FOR DEFAULT JUDGMENT

---

Upon consideration of Plaintiff's Motion for Default Judgment on its Amended Complaint and Dismissal of the Amended Counterclaim, as a Sanction for Litigation Misconduct, filed on July 29, 2005, and Defendant's Response in Opposition to Plaintiff's Motion for Default Judgment, filed on August 17, 2005, it is

ORDERED that Plaintiff's Motion for Default Judgment on its Amended Complaint and Dismissal of the Amended Counterclaim is denied.

Dated: August 18th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge