IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02575-RPM

BADGER METER, INC.,

       Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

       Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

It appearing that discovery has been completed and that there are no pending dispositive motions, it is

ORDERED that a pretrial conference is scheduled for **April 12, 2006, at 10:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).  In addition, the proposed Final Pretrial Order shall be submitted by **April 6, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated: February 24th, 2006.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge