IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02575-RPM

BADGER METER, INC.,

          Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

          Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference convened on April 12, 2006, it is

ORDERED that this matter is set for trial to jury on **November 13, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.  It is

FURTHER ORDERED that a trial preparation conference regarding instructions and trial briefs is scheduled for **October 13, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: April 14, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge