IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    04-cv-02575-RPM

BADGER METER, INC.,

                Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

                Defendant.

---

ORDER RESCHEDULING TRIAL DATE

---

Pursuant to the trial preparation conference convened on October 13, 2006, it is

ORDERED that this matter is **rescheduled** for trial to jury on **April 23, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: October 16th, 2006.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge