IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-2575-RPM-OES

BADGER METER, INC.,

    Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

    Defendant.
_____

ORDER GRANTING MOTION TO SUBSTITUTE JURY INSTRUCTION
_____

    On March 6, 2007, the plaintiff filed a motion to submit a substitute jury instruction. The motion requested leave to substitute Plaintiff's Instruction No. 21 (Revised) for Plaintiff's Instruction No. 21 that was tendered on September 29, 2006. It is:

    ORDERED that the motion is granted. Plaintiff's Instruction 21 (Revised) shall be substituted for Plaintiff's Instruction 21. The evidence introduced at trial will govern whether the revised instruction will be given to the jury.

    Dated: March 7TH, 2007.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge