IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02575-RPM

BADGER METER, INC.,

        Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

        Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION FOR TRIAL PREPARATION
CONFERENCE FOR JURY INSTRUCTIONS

---

On February 20, 2007, the plaintiff filed a motion to set a trial preparation conference for jury instructions, apparently seeking a pre-trial ruling concerning the jury instructions that are in dispute.  The defendant filed a response on March 11, 2007.  The disputes concerning the applicable law are dependent upon the evidence introduced at trial and ruling on these issues now in the absence of such evidence would be premature.  It is therefore

ORDERED that the motion is denied.

Dated: March 15th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge