IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 1 2007

GREGORY C. LANGHAM
CLERK

Civil Case No. 04-cv-02575-RPM

BADGER METER, INC.,

    Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on April 23, 2007, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this ___ day of May, 2007.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge
United States District Court

APPROVED AS TO FORM:

_____        _____
ATTORNEY FOR PLAINTIFF                                ATTORNEY FOR DEFENDANT