IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    04-cv-02575-RPM

BADGER METER, INC.,

        Plaintiff,

v.

MOUNTAIN STATES PIPE & SUPPLY CO.,

        Defendant.

---

ORDER DENYING DEFENDANT'S MOTION TO AMEND JUDGMENT

---

On May 14, 2007, the defendant filed a motion to amend the judgment entered on May 1, 2007, awarding the plaintiff costs. The basis for the motion is 28 U.S.C. § 1332(b). That statute permits the Court to deny a prevailing plaintiff costs when the recovery is less than the jurisdictional amount of $75,000 justifying original jurisdiction. The statute is not mandatory and the defendant has by its counterclaim, rejected by the jury, demonstrated that the value of the franchise which was the subject matter of this litigation greatly exceeded the jurisdictional amount. The amount of the damages actually awarded to the plaintiff in this action is not determinative of the cost issue and it is therefore

ORDERED that the defendant's Motion to Amend Judgment is denied.

DATED: May 22nd, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge